UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KEVIN SWEET** | **CASE NO. 3:23-CV-00637** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM FIRE & CASUALTY INSURANCE CO** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss [Doc. No. 55],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

MONROE, LOUISIANA, this 30th day of January 2025.

_____
Terry A. Doughty
United States District Judge